**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 07-6353**

―――――――――

SHONE EDWARD WILKES,

Petitioner - Appellant,

versus

MARTIE ANDERSON,

Respondent - Appellee.

―――――――――

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley. Thomas E. Johnston, District Judge. (5:04-cv-01304)

―――――――――

Submitted: May 10, 2007              Decided: May 15, 2007

―――――――――

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Shone Edward Wilkes, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shone Edward Wilkes, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Wilkes v. Anderson</u>, No. 5:04-cv-01304 (S.D.W. Va. Feb. 20, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>